# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

## Invoice

| Date | Invoice # |
|---|---|
| 02/02/2012 | 10676 |
| Terms | Due Date |
| Net 30 | 03/03/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Bruce Thomas<br>Simmons<br>3450 Simmons Drive<br>Waycross, GA  31503 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/01/2012 | UPS col acct #6506y5 | 1z2593RA0341718190 | M33149 | Simmons |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Angle White | • Mighty Line 2" Wide White Angle | 25 | 0.72 | 18.00 |
| Angle Orange | • Mighty Line 2" Wide Orange Angle | 50 | 0.72 | 36.00 |

| | Total | $54.00 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/02/2012 | 10678 |
| Terms | Due Date |
| Net 30 | 03/03/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | David Bolka PO# 382350<br>Smiths Medical<br>5700 W 23rd Ave<br>Gary, IN  46406 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/01/2012 | UPS col acct #6506y5 | 1z2593RA0340512841 | M33108 | Smiths Medical |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Angle Blue | • Mighty Line 2" wide blue angle | 25 | 0.72 | 18.00 |
| Angle Green | • Mighty Line 2" Wide Green Angle | 25 | 0.72 | 18.00 |
| Angle Orange | • Mighty Line 2" Wide Orange Angle | 25 | 0.72 | 18.00 |
| TBLUE | • Blue Mighty Line 2" Wide T | 25 | 0.72 | 18.00 |
| TGreen | • Green Mighty Line 2" Wide T | 25 | 0.72 | 18.00 |
| TOrange | • Orange Mighty Line 2" Wide T | 25 | 0.72 | 18.00 |

| | Total | $108.00 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/03/2012 | 10686 |
| Terms | Due Date |
| Net 30 | 03/04/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Angus Gilmore<br>Arthrex Manufacturing<br>1250 Creekside Pkwy<br>Naples, FL  34108 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/02/2012 | UPS col acct #36W838 | 1z2593RA0140455907 | M33033 | Arthrex Manufacturing |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 4RMsg | • 4" MightyLine Repeating Message Tape; Mightyline In-Line Print 4"x100': Green w/White Text "RELEASED FOR PRODUCTION USE" | 4 | 216.00 | 864.00 |

| | Total | $864.00 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/07/2012 | 10715 |
| Terms | Due Date |
| Net 30 | 03/08/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Matt Flood<br>Nord Gear<br>800 Nord Dr<br>Waunakee,  WI  53597 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/06/2012 | UPS col acct #6506y5 | see below | M33254 | Nord Gear |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Angle Yellow | • Mighty Line 2" Wide Yellow Angle | 50 | 0.72 | 36.00 |
| 2RYLUM | • 2" Yellow with Glow in the Dark Center Line | 1 | 101.40 | 101.40 |

UPS tracking #:
1z2593RA0342568065
1z486ww80390880221

| | Total | $137.40 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/07/2012 | 10716 |
| Terms | Due Date |
| Net 30 | 03/08/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Ernie Robinson<br>Emerson<br>101 Seal Master Lane<br>Morehead, KY  40351 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/06/2012 | UPS col acct #6506y5 | 1z2593RA0342384478 | M33050 | Emerson |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Angle Orange | • Mighty Line 2" Wide Orange Angle | 175 | 0.72 | 126.00 |

| | Total | $126.00 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/08/2012 | 10734 |
| Terms | Due Date |
| Net 30 | 03/09/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | PO# PO100004-00<br>Gestamp Alabama, Inc.<br>7000 Jefferson Metro Parkway<br>McCalla,  AL  35111 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/07/2012 | UPS col acct #6506y5 | 1z2593RA0342835169 | M33288 | Gestamp Alabama, Inc |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Angle Orange | • Mighty Line 2" Wide Orange Angle | 50 | 0.72 | 36.00 |

| | Total | $36.00 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/08/2012 | 10735 |
| Terms | Due Date |
| Net 30 | 03/09/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | IR-Trane<br>PO# 5031572<br>Attn: IDG<br>400-B Killian Road<br>Columbia,  SC  29203 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/07/2012 | UPS col acct #9W885A | 1z2593RA0341445574 | M33300 | IR-Trane |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Angle Red | • Mighty Line 2" Wide Red Angle | 50 | 0.72 | 36.00 |

| | Total | $36.00 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/08/2012 | 10736 |
| Terms | Due Date |
| Net 30 | 03/09/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Hagemeyer NA Site Crew<br>PO# BW-39839-S<br>c/o Borg Warden Turbo Systems<br>1849 Brevard Road<br>Arden,  NC  28704 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/07/2012 | UPS col acct #4R01E | 1z2593RA03441153380 | M33299 | Hagemeyer NA |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Angle Blue | • Mighty Line 2" wide blue angle | 25 | 0.72 | 18.00 |

| | Total | $18.00 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/09/2012 | 10748 |
| Terms | Due Date |
| Net 30 | 03/10/2012 |

**Bill To**
Creative Safety Supply
16869 SW 65th Ave #250
Lake Oswego, OR  97035

**Ship To**
Kristiy Myers
Myers Consulting (for Advanced Bio Healing)
10933 N Torrey Pines Road
Suite 200
La Jolla, CA  92037

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/08/2012 | UPS col acct #6506y5 | 1z486ww81294411098 | M33321 | Myers Consulting for Adv Bio H |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Samples | • Samples of Mighty Line Product- 10' sampe of 2" tape- Trial Roll | 1 | 0.00 | 0.00 |
| 2RY | • 2" Yellow MightyLine w rubber based adhesive | 7 | 84.00 | 588.00 |
| 2RW | • 2" MightyLine White w Rubber Adhesive | 6 | 84.00 | 504.00 |
| 2RGR | • Mighty Line 2" Wide Grey Floor Tape | 4 | 84.00 | 336.00 |

Total  $1,428.00

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/09/2012 | 10749 |
| Terms | Due Date |
| Net 30 | 03/10/2012 |

**Bill To**
Creative Safety Supply
16869 SW 65th Ave #250
Lake Oswego, OR  97035

**Ship To**
Advanced Biohealing Inc.
Attn: Kristy Myers / PO# P12674
10933 N Torrey Pines Road
La Jolla,  CA  92037

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/08/2012 | UPS col acct #6506y5 | 1z486ww81291053043 | M33331 | Advanced Biohealing, Inc |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Samples | • Samples of Mighty Line Product; Mightyline 10' Sample of 2" Trial Roll; Yellow | 1 | 0.00 | 0.00 |
| 2RY | • 2" Yellow MightyLine w rubber based adhesive | 2 | 88.80 | 177.60 |
| 2RB | • 2" Blue Mighty Line w/Rubber based adhesive | 4 | 88.80 | 355.20 |
| 2RW | • 2" MightyLine White w Rubber Adhesive | 2 | 88.80 | 177.60 |
| 2RWHATCH | • 2" Wide MightyLine White w Diagonal Black Lines | 1 | 91.80 | 91.80 |

| | Total | $802.20 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/09/2012 | 10753 |
| Terms | Due Date |
| Net 30 | 03/10/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Joseph Lucero<br>Smiths Medical<br>201 West Queen Street<br>Southington, CT  06489 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/08/2012 | UPS col acct #6506y5 | 1z486ww80390943001 | M33215 | Smiths Medical |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 2RWCHKR | • 2" White & Black Checkerboard Tape | 2 | 91.80 | 183.60 |

| | Total | $183.60 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/09/2012 | 10762 |
| Terms | Due Date |
| Net 30 | 03/10/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Pam Bucci<br>Pyramid Time Systems<br>45 Gacey Avenue<br>Meriden, CT  06451 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/08/2012 | UPS col acct #6506y5 | 1z2593RA0342246671 | M33341 | Pyramid Time Systems |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Angle Red | • Mighty Line 2" Wide Red Angle | 50 | 0.72 | 36.00 |

| | Total | $36.00 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/10/2012 | 10770 |
| Terms | Due Date |
| Net 30 | 03/11/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Joe Falcone<br>Alpha Packaging<br>1995 Highland Ave<br>Suite 550<br>Bethleham, PA  18020 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/09/2012 | UPS col acct #6506y5 | see below | M33376 | Alpha Packaging |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Angle Yellow | • Mighty Line 2" Wide Yellow Angle | 50 | 0.72 | 36.00 |
| TYellow | • Yellow Mighty Line 2" Wide T | 25 | 0.72 | 18.00 |
| 3RY | • 3" Yellow MightyLine Rubber Adhes | 2 | 91.80 | 183.60 |
| 3RR | • 3" MigtyLine Red with Rubber Adhesive | 2 | 91.80 | 183.60 |
| 3RB | • 3" MightyLine Blue w Rubber Adhesive | 1 | 91.80 | 91.80 |

UPS tracking #'s:
1z486ww80396665695
1z2593RA0342938530

Total  $513.00

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

## Invoice

| Date | Invoice # |
|---|---|
| 02/10/2012 | 10771 |

| Terms | Due Date |
|---|---|
| Net 30 | 03/11/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Christopher Rhodes<br>DPSG/Mott's<br>45 Aspers N Road<br>Aspers, PA  17304 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/09/2012 | UPS col acct #6506y5 | 1z486ww80396113674 | M33381 | DPSG / Mott's |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 4RY | • 4" Wide MightyLine Yellow w/ Rubber Adhesive | 4 | 94.80 | 379.20 |

| | Total | $379.20 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/11/2012 | 10784 |
| Terms | Due Date |
| Net 30 | 03/12/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Timco<br>Attn: Purchasing / PO#735051<br>623 Radar Road<br>Greensboro,  NC  27410 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/10/2012 | UPS col acct #2811x3 | 1z486ww80294405720 | M33444 | Timco |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 4RY | • 4" Wide MightyLine Yellow w/ Rubber Adhesive | 3 | 94.80 | 284.40 |
| | | | Total | $284.40 |