# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/11/2012 | 10788 |
| Terms | Due Date |
| Net 30 | 03/12/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Advanced Biohealing, Inc.<br>Attn: Peter Hemmen<br>10933 N Torrey Pines Road<br>La Jolla, CA  92037 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/10/2012 | UPS col acct #6506y5 | 1z486ww80196593918 | M33422 | Advanced Biohealing, Inc. |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 2RW | • 2" MightyLine White w Rubber Adhesive | 5 | 88.80 | 444.00 |
| 2RGR | • Mighty Line 2" Wide Grey Floor Tape | 1 | 88.80 | 88.80 |

| | Total | $532.80 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/14/2012 | 10805 |
| Terms | Due Date |
| Net 30 | 03/15/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Sandy Bates PO# 93127<br>Toyotetsu America, Inc.<br>100 Pin Oak Drive<br>Somerset, KY  42503 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/13/2012 | UPS col acct #6506y5 | 1z486ww80392504393 | M33454 | Toyotetsu America, Inc. |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 4RBLK | • MightyLine Black w Rubber Adhesive | 2 | 94.80 | 189.60 |

| | Total | $189.60 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

## Invoice

| Date | Invoice # |
|---|---|
| 02/14/2012 | 10810 |
| Terms | Due Date |
| Net 30 | 03/15/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Timco<br>Attn: Purchasing / PO#735054<br>623 Radar Road<br>Greensboro, NC  27410 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/13/2012 | UPS col acct #2811X3 | 1z486ww80292662358 | M33445 | Timco |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 4RY | • 4" Wide MightyLine Yellow w/ Rubber Adhesive | 3 | 94.80 | 284.40 |

| | Total | $284.40 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/14/2012 | 10818 |
| Terms | Due Date |
| Net 30 | 03/15/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Brad Scott PO# 5025013<br>IR-TRANE  Attn: IDG<br>400-B Killian Road<br>Columbia, SC   29203 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/13/2012 | UPS col acct #6506y5 | 1z2593RA0240068879 | M33194 | IR-TRANE Attn: IDG |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Angle Black | • Mighty Line 2" Wide Black Angle | 75 | 0.72 | 54.00 |
| Angle Blue | • Mighty Line 2" wide blue angle | 50 | 0.72 | 36.00 |

Total  $90.00

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/14/2012 | 10829 |
| Terms | Due Date |
| Net 30 | 03/15/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Christopher Rhodes<br>DPSG/Mott's<br>45 Aspers N Road<br>Aspers, PA  17304 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/14/2012 | UPS col acct #6506y5 | 1z486ww80399714171 | M33492 | DPSG/Mott's |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3RW/RHATCH | • 3" MightyLine White w Red Diagonal Stripes | 2 | 94.80 | 189.60 |

| | Total | $189.60 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/14/2012 | 10830 |
| Terms | Due Date |
| Net 30 | 03/15/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Chris Whitley<br>Cree<br>4425 Silicon Drive<br>B10 Dock 3/4<br>Durham, NC  27703 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/14/2012 | UPS col acct #6506y5 | 1z486ww80397044167 | M33420 | Cree |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 2RYHATCH | • 2" Wide MightyLine Yellow with Diagonal Black Hatch Lines | 3 | 91.80 | 275.40 |

|  | Total | $275.40 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/16/2012 | 10836 |
| Terms | Due Date |
| Net 30 | 03/17/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Karin Lenhardt<br>Flory Industries<br>4737 Toomes Road<br>Slida, CA  95361 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/15/2012 | UPS col acct #6506y5 | 1z486ww80397116240 | M33562 | Flory Industries |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3RY | • 3" Yellow MightyLine Rubber Adhes | 2 | 91.80 | 183.60 |
| 6RY | • 6" Mighty Line Yellow w Rubber Adhesive | 1 | 132.00 | 132.00 |

| | Total | $315.60 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

## Invoice

| Date | Invoice # |
|---|---|
| 02/18/2012 | 10866 |
| Terms | Due Date |
| Net 30 | 03/19/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Christopher Rhodes<br>DPSG/Mott's<br>45 Aspers N Road<br>Aspers, PA  17304 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/17/2012 | UPS col acct #6506y5 | 1z486ww80393486705 | M33688 | DPSG/Mott's |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3RY | • 3" Yellow MightyLine Rubber Adhes | 2 | 91.80 | 183.60 |

| | Total | $183.60 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

## Invoice

| Date | Invoice # |
|---|---|
| 02/18/2012 | 10869 |
| Terms | Due Date |
| Net 30 | 03/19/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Andreas Frobese<br>Parker Hannifin<br>500 S Glaspie Street<br>Oxford, MI  48371 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/17/2012 | UPS grnd col acct #6506y5 | 1z2593RA0341438939 | M33518 | Parker Hannifin |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Angle3Blk | • Angle 3in Black | 100 | 0.87 | 87.00 |
| WDOT | • White Mighty Line Dot 3 1/2" | 50 | 0.51 | 25.50 |

| | Total | $112.50 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/18/2012 | 10871 |
| Terms | Due Date |
| Net 30 | 03/19/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Yvonne Bridges<br>Hagemeyer NA<br>310 Brookshire Road<br>Greer, SC  29651 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/17/2012 | UPS col acct #6506y5 | 1z2593RA0340264753 | M33610 | Hagemeyer NA |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Angle Blue | • Mighty Line 2" wide blue angle | 25 | 0.72 | 18.00 |

| | Total | $18.00 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH 44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/18/2012 | 10872 |
| Terms | Due Date |
| Net 30 | 03/19/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR 97035 | Johnson Controls PO# DS08-1170983<br>Attn: John Peacock<br>7560 Arbor Drive<br>Northwoods, OH 43619 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/17/2012 | Fed Ex col acct #2985-3794-0 | 640364615042537 | M33579 | Johnson Controls |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 4RBLK | • MightyLine Black w Rubber Adhesive | 1 | 94.80 | 94.80 |

| | Total | $94.80 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/18/2012 | 10880 |
| Terms | Due Date |
| Net 30 | 03/19/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Johnson Controls #DS08-1170373<br>Attn: Steward Searcy<br>1700 South Progress Parkway<br>West Point, GA  31833 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/17/2012 | Fed Ex col acct #2985-3794-0 | 640364615042544 | M33580 | Johnson Controls |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 4RBLK | • MightyLine Black w Rubber Adhesive | 2 | 94.80 | 189.60 |

| | Total | $189.60 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/21/2012 | 10886 |
| Terms | Due Date |
| Net 30 | 03/22/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Mark Monserret<br>Vertis<br>1090 S 3800 W<br>Salt Lake City,  UT 84104 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/20/2012 | UPS col acct #6506y5 | 1z486ww81294066122 | M33718 | Vertis |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 2RYHATCH | • 2" Wide MightyLine Yellow with Diagonal Black Hatch Lines | 2 | 91.80 | 183.60 |

| | Total | $183.60 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/21/2012 | 10887 |
| Terms | Due Date |
| Net 30 | 03/22/2012 |

| Bill To |
|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 |

| Ship To |
|---|
| Rick Neuenschwander<br>Vertis<br>8000 Ambassador Row<br>Dallas, TX  75247 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/20/2012 | UPS col acct #6506y5 | 1z486ww80390781516 | M33695 | Vertis |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 2RG | • 2" Green MightyLine w rubber based adhesive | 3 | 88.80 | 266.40 |

| | Total | $266.40 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/22/2012 | 10903 |
| Terms | Due Date |
| Net 30 | 03/23/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Timco<br>Attn: Purchasing/ PO# 736089<br>623 Radar Road<br>Greensboro,  NC  27410 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/21/2012 | UPS col acct #2811x3 | 1z486ww80199666790 | M33759 | Timco |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 4RY | • 4" Wide MightyLine Yellow w/ Rubber Adhesive | 3 | 94.80 | 284.40 |
| | | | Total | $284.40 |

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

# Invoice

| Date | Invoice # |
|---|---|
| 02/22/2012 | 10904 |
| Terms | Due Date |
| Net 30 | 03/23/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Rose Schockley<br>Hagemeyer NA<br>125 Old Mill Road<br>Greenville, SC  29607 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/21/2012 | UPS col acct #6506y5 | 1z486ww80395148782 | M33751 | Hagemeyer NA |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 2RY | • 2" Yellow MightyLine w rubber based adhesive | 2 | 88.80 | 177.60 |

| | Total | $177.60 |
|---|---|---|

# ShieldMark Inc.

ShieldMark Inc.
PO Box 16618
Rocky River, OH  44116

440-895-9980
admin@mightyline.net

## Invoice

| Date | Invoice # |
|---|---|
| 02/23/2012 | 10916 |
| Terms | Due Date |
| Net 30 | 03/24/2012 |

| Bill To | Ship To |
|---|---|
| Creative Safety Supply<br>16869 SW 65th Ave #250<br>Lake Oswego, OR  97035 | Pamela Mazzaferro<br>RP Graphics Group<br>5990 Falbourne Street<br>Mississauga, ON  L5R 3S7 |

| Ship Date | Ship Via | Tracking # | P.O. Number | Ship to Name: |
|---|---|---|---|---|
| 02/22/2012 | UPS col acct #6506y5 | 1z486ww86892455806 | M33763 | RP Graphics Group |

| Product# | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 2RYHATCH | • 2" Wide MightyLine Yellow with Diagonal Black Hatch Lines | 1 | 91.80 | 91.80 |

| | Total | $91.80 |
|---|---|---|